**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 11-cr-00455-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   MATTHEW COLIN LAFLIN, a/k/a MATTHEW LAFLIN, and
2.   ERIC S. LEE, a/k/a ERIC SHUNGLIK LEE

    Defendants.

---

**ORDER SETTING TRIAL DATE AND RELATED DEADLINES**

---

This matter is before the Court on the Defendant Eric Lee's Unopposed Motion to Release Firearms to Custody of Third-Parties filed November 22, 2011 (ECF No. 32). Upon consideration of the motion, it is ORDERED as follows:

Defendant Eric Lee's motion is GRANTED. The firearms identified in Exhibit A of the said motion are to be released to third parties Candice Warhola and William Warhola.

Dated this 23rd day of November, 2011.

                              BY THE COURT:

                              William J. Martínez
                              United States District Judge