IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: July 17, 2012 |
| Court Reporter: Tambria Kelley | Probation: Justine Kozak and Ryan Henry |

_____

Criminal Action No. 11-cr-00455-WJM-2    <u>Counsel:</u>

UNITED STATES OF AMERICA,    Jeremy Sibert

    Plaintiff,

v.

2. ERIC S. LEE,    Marci Gilligan

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

10:08 a.m.    Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Sentencing Statement (by Mr. Sibert)

Sentencing Statement (by Ms. Gilligan)

The Court addresses the defendant's objection to the two-level theft enhancement in the Presentence Report.

Argument (by Ms. Gilligan)

1

Argument (by Mr. Sibert)

**ORDERED: The defendant's objection to the two-level theft enhancement in the Presentence Report is SUSTAINED.**

Government's oral motion for a third level reduction in the offense level or acceptance of responsibility, and to dismiss Count Four of the Indictment (by Mr. Sibert).

**ORDERED: The Government's oral motion for a reduction of three levels for acceptance of responsibility is GRANTED.**

**ORDERED: The Government's oral motion to dismiss Count Four is GRANTED. Count Four of the Indictment is DISMISSED.**

The Court addresses the Government's Motion for a Variant Sentence (ECF No. 66)

Argument (by Ms. Gilligan)

Argument (by Mr. Sibert)

The Court addresses Defendant Eric Shunglik Lee's Motion for Below-Guideline or Variant Sentence (ECF No. 68)

Ms. Gilligan's comments

With regard to (ECF No. 68), Ms. Gilligan stands on her prior comments and the letters that have been submitted on behalf of the defendant.

Court's comments

Defendant's Allocution

**ORDERED: Eric Shunglik Lee's Motion for Below-Guideline or Variant Sentence (ECF No. 68) is GRANTED.**

**ORDERED: Given the Court's ruling on Defendant's Motion for Downward Variant Sentence, pursuant to Rule 32 (i)(3), the Court FINDS that a ruling on the Govt's Motion for Variant Sentence is not necessary.**

Defendant plead guilty to Count Two of the Indictment on April 19, 2012.

**ORDERED: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Eric Shunglik Lee, is hereby placed on probation for a period of three years, and is hereby ORDERED to pay**

a FINE of $2,000.00 into the Crime Victims Fund.

While on probation, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.

The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5), because the Presentence Investigation Report indicates a low risk of future substance abuse by the defendant.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

ORDERED: Special conditions of Probation:

The defendant shall be placed on home detention for a period of six months, to commence within 21 days of sentencing. During this period, the defendant shall remain at his place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer.

This period of home detention shall be enforced by electronic monitoring. To permit this monitoring, the defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines or cordless telephones. The defendant shall wear electronic monitoring devices and follow all other procedures specified by the probation officer. The defendant shall pay the cost of electronic monitoring as directed by the probation officer.

In addition to the $2,000.00 fine, the defendant shall also pay a Special Assessment of $100.00. The Special Assessment shall be due and payable immediately.

Within 30 days from today the defendant shall confer with the probation officer to develop a plan for the payment of the fine. This payment plan will be based upon the defendant's income and expenses and shall be forwarded to the Court for review and approval.

It is an express condition of probation that the defendant pay the fine and Special Assessment in accordance with the payment plan

**approved by the Court.**

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED: Defendant's bond is EXONERATED.**

| | |
|---|---|
| 10:52 a.m. | Court in Recess<br>Hearing concluded<br>Time: 44 minutes |