IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Action No. 11-cr-00455-WJM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

2. ERIC SHUNGLIK LEE,

 Defendant.

___

**ORDER GRANTING MOTION FOR RELEASE OF PASSPORT**
___

 This matter comes before the Court on Defendant Eric Shunglik Lee's Motion for Release of Passport (ECF No. 75) filed July 19, 2012. The Court having reviewed the Motion hereby ORDERS that:

 The Defendant's Motion is GRANTED. The Defendant was Sentenced on July 17, 2012 at which time the Defendant's bond was exonerated (ECF No. 72). The Clerk's Office is DIRECTED to release the Defendant's passport to Defendant or his counsel.

 Dated this 20th day of July, 2012.

BY THE COURT:

_____
William J. Martinez
United States District Judge